IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DOUGLAS DESEAN LOGAN, *et al.*,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| VS. | : | CIVIL No: 5:24-CV-00459-MTT-AGH |
| | : | |
| **COMMISSIONER TIMOTHY C WARD,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Presently pending before the Court is a document filed by *pro se* Plaintiff Douglas Desean Logan, a transgender inmate in the Wilcox State Prison in Abbeville, Georgia, that has been docketed as a Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1).[1] Plaintiff's Complaint is sparse on details, but as best as the Court can tell she is alleging Defendant or his employees have violated the Georgia Department of Corrections' inmate classification policies. ECF No. 1 at 5. A review of Court records reveals that Plaintiff has already filed a similar case that is pending before the Court, *Logan v. Oliver*, 5:24-cv-00352-MTT-TQL (M.D. Ga. Oct. 8, 2024) ("*Logan I*").

"As part of its general power to administer its docket, a district court may stay or

---

[1] Although Plaintiff has a traditionally male name and is housed in a male prison, she is a transgender female. The Court therefore uses female pronouns. Plaintiff has also listed an individual named Rose Lee Wells as a plaintiff in this action. ECF No. 1 at 1. Plaintiff Wells has not signed the Complaint and is not mentioned in the body of the Complaint. It is thus unclear why Plaintiff Wells has been named as a plaintiff and whether she knows of and wishes to participate in this lawsuit. In an abundance of caution, however, the Clerk is **DIRECTED** to mail Plaintiff Wells a copy of this Order.

dismiss a suit that is duplicative of another federal court suit." *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative of another suit if the parties, issues and available relief do not significantly differ between the two actions." *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). "Trial courts are afforded broad discretion in determining whether to stay or dismiss litigation in order to avoid duplicating a proceeding already pending in another federal court." *Id.* at 1551-52. Although former Georgia Department of Corrections Commissioner Timothy C. Ward is not named as a Defendant in *Logan I*, Plaintiff has named current Commissioner Tyrone Oliver as a Defendant in that case. ECF No. 1 at 1 in *Logan I*. The basis for her claims in *Logan I* is that her rights as a transgender inmate "are being overlooked by staff[]," and she mentions at least one policy related to "classification and management of transgender and intersex offenders." ECF No. 1 at 5 in *Logan I*. Because the present action is thus duplicative of one already pending in this Court, it shall be **DISMISSED without prejudice.**

Plaintiff has also been ordered to recast her complaint on the Court's standard form in *Logan I*. *See* ECF No. 3 in *Logan I*. If she has any claims mentioned in the above-captioned action that she did not raise in *Logan I*, she may include them in her recast complaint in that case.

**SO ORDERED**, this 26th day of December, 2024.

S/Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT