IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DOUGLAS DESEAN LOGAN, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:24-cv-00459-MTT-AGH |
| | * |
| COMMISSIONER TIMOTHY C WARD , | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 26, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 26th day of December, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk